IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RITA FOX, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.: 7:22-cv-01575 |

**PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE
AND MOTION TO VACATE ALL DEADLINES**

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to file the Agreement as soon as practicable but respectfully request that the parties are given 30 days to file the said Agreement. Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines as set forth in the April 26, 2022, Order (EFC No. 16).

Plaintiff is filing this Notice and Motion with Defendant's approval and permission.

Dated: May 5, 2022

Respectfully submitted:

*/s/* Jonathan Shub

Jonathan Shub (PA Bar ID 53965)
Kevin Laukaitis (PA Bar ID 321670)
**SHUB LAW FIRM LLC**
134 Kings Highway E., 2nd Floor
Haddonfield, NJ 08033
Telephone: 215-238-1700
jshub@shublawyers.com
klaukaitis@shublawyers.com

**Amy L. Judkins**
Florida Bar No.: 125046
**Edmund A. Normand**
Florida Bar No.: 865590
**Jacob L. Phillips**
Florida Bar No.: 120130
**NORMAND PLLC**
3165 McCrory Place, Suite 175
Orlando, Florida 32803
Telephone: (407) 603-6031
Facsimile:  (888) 974-2175
ed@normandpllc.com
jacob.phillips@normandpllc.com
amy.judkins@normandpllc.com
ean@normandpllc.com
service@normandpllc.com

*Attorneys for Plaintiff and Proposed Class Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2022, a true and correct copy of the foregoing was electronically filed with the Court's CM/ECF system and was thus served automatically upon all counsel of record in this matter.

Erika Lopes-McLeman
**DENTONS US LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (973) 912-7159
erika.lopes-mcleman@dentons.com

Mark L. Hanover, *pro hac vice*
Kristine M. Schanbacher, *pro hac vice*
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-3145
mark.hanover@dentons.com
kristine.schanbacher@dentons.com

*Attorneys for Defendant Allstate Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RITA FOX, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.: 7:22-cv-01575 |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Notice of Settlement In Principle and Motion To Vacate All Deadlines and the entire record herein, it is this _____ day of _____, 2022,

**ORDERED** that Plaintiff's Notice of Settlement In Principle and Motion To Vacate All Deadlines be and is hereby GRANTED; and it is

**ORDERED** that the parties have up to and include _____, to file a Stipulated Settlement Agreement and Dismissal; and it is

**FURTHER ORDERED** that all deadlines in the above-captioned case is and hereby **VACATED**.

**SO ORDERED**.

_____
United States District Judge