IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RITA FOX, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No.: 7:22-cv-01575 |

[~~PROPOSED~~] ORDER

Upon consideration of Plaintiff's Notice of Settlement In Principle and Motion To Vacate All Deadlines and the entire record herein, it is this \_\_6th\_\_ day of \_\_May\_\_, 2022,

**ORDERED** that Plaintiff's Notice of Settlement In Principle and Motion To Vacate All Deadlines be and is hereby GRANTED; and it is

**ORDERED** that the parties have up to and include \_\_6/15/22\_\_, to file a Stipulated Settlement Agreement and Dismissal; and it is

**FURTHER ORDERED** that all deadlines in the above-captioned case is and hereby **VACATED**.

**SO ORDERED.**

                _____
                United States District Judge
                5/6/22