# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RITA FOX, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.: 7:22-cv-01575 |

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
## WITH PREJUDICE

**WHEREAS**, Plaintiff Rita Fox ("Plaintiff") has asserted claims against Defendant Allstate Insurance Company ("Defendant") in the above-captioned action, *Fox v. Allstate Insurance Company*, No. 7:22-cv-01575 (S.D.N.Y.);

**WHEREAS**, the undersigned parties hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant;

**WHEREAS**, Plaintiff and Defendant seek to reduce the expense and burden of litigation to themselves and to the Court;

**NOW, THEREFORE**, in consideration of this Stipulation of Dismissal with Prejudice, Plaintiff and Defendant, by and through their respective counsel of record, hereby mutually agree to the following:

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, that the all claims are dismissed with prejudice as against Defendant, pursuant to Federal Rule of Civil Procedure 41 and court order;

**IT IS FURTHER STIPULATED AND AGREED**, that each undersigned party shall bear its own costs and attorneys' fees.

DATED: June 15, 2022

/s/ *Jonathan Shub*

Jonathan Shub (PA Bar ID 53965)
Kevin Laukaitis (PA Bar ID 321670)
**SHUB LAW FIRM LLC**
134 Kings Highway E., 2nd Floor
Haddonfield, NJ 08033
Telephone: 215-238-1700
jshub@shublawyers.com
klaukaitis@shublawyers.com

***Attorneys for Plaintiff, Rita Fox***

DATED: June 15, 2022

/s/ *Mark Hanover*

Mark L. Hanover, admitted *pro hac vice*
Kristine M. Schanbacher, admitted *pro hac vice*
**DENTONS US LLP**
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-3145
mark.hanover@dentons.com
kristine.schanbacher@dentons.com

Erika Lopes-McLeman
**DENTONS US LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (973) 912-7159
erika.lopes-mcleman@dentons.com

***Attorneys for Defendant,
Allstate Insurance Company***

SO ORDERED

KENNETH M. KARAS U.S.D.J.
6/16/2022